# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**DEANA COYIER,**

        **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　Case No.: 19-cv-393-bbc

**NANCY BERRYHILL,**
   **Commissioner of Social Security,**

        **Defendant.**

## NOTICE OF APPEAL

*Notice is hereby given* that Deana Coyier, by her attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated April 2, 2020 and the judgment dated April 2, 2020 by Federal District Judge Barbara Crabb which affirmed the decision of the Defendant, Andrew Saul, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

Dated this 29th day of May, 2020.

                                                **DUNCAN DISABILITY LAW, S.C.**
                                                Attorneys for the Plaintiff

                                                /s/ Dana W. Duncan
                                                _____
                                                Dana W. Duncan
                                                State Bar I.D. No. 01008917
                                                555 Birch St
                                                Nekoosa, WI 54457
                                                (715) 423-4000